# Court of Appeals
# of the State of Georgia

ATLANTA,     April 24, 2015

*The Court of Appeals hereby passes the following order:*

## A15D0333. HOWARD S. BUSH v. COLUMBIA COUNTY BOARD OF TAX ASSESSORS.

Howard S. Bush obtained a favorable ruling in his ad valorem tax appeal and moved for attorney fees and costs pursuant to OCGA § 48-5-311 (b)(4) (B) (ii).  The superior court denied his request for attorney fees and costs, and Bush filed a motion for reconsideration.  After the trial court denied the motion for reconsideration, Bush filed the instant application for discretionary appeal.

Cases involving ad valorem taxes are expressly exempted from the scope of OCGA § 5-6-35 (a) (1), and it appears that no other provision of OCGA § 5-6-35 (a) is applicable here.  Ordinarily, when a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d); *Hill v State*, 204 Ga App 582 (420 SE2d 393) (1992).  Bush filed his application 84 days after the trial court entered its order.

Bush filed a motion for reconsideration of the trial court's order, which resulted in the order he now seeks to appeal.  But the denial of a motion for reconsideration is not directly appealable.  *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).  And the filing of such a motion does not extend the time for appealing the underlying judgment.  See id.  Accordingly, we lack jurisdiction to consider the application, which is hereby *DISMISSED* as untimely.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,*_____04/24/2015_____

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*